IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD MORGAN a/k/a EDDY MORGAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WORLD ALLIANCE FINANCIAL CORP., ET AL. | : | No. 12-4617 |

## ORDER

**AND NOW**, this 31st day of January, 2013, upon consideration of the Motion of Defendants World Alliance Financial Corp. and Reverse Mortgage Solutions, Inc. to Dismiss Plaintiff's Complaint (Docket No. 11), and Plaintiff's opposition thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of Count II of the Complaint.

2. The Motion is **DENIED** insofar as it seeks dismissal of Count I of the Complaint.

3. Defendant Reverse Mortgage Solutions, Inc. is **DISMISSED** as a Defendant to this action.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.